RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/24/09
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-00358 |
| VERSUS | JUDGE ROBERT G. JAMES |
| GARY HOOVER | MAG. JUDGE KAREN L. HAYES |

## ORDER

Upon consideration,

IT IS ORDERED that Defendant's "Motion to Amend Sentence Based on Statutory Purposes of Sentencing under 18 U.S.C. § 3553(a)(2)" [Doc. No. 17] is DENIED for lack of jurisdiction.

MONROE, LOUISIANA, this 23rd day of June, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE